UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

17-cv-60206-ROSENBERG/BRANNON

LUIS SIERRA,

    Plaintiff,

vs.

XIANG FA INC. d/b/a
HIBACHI BUFFET,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LUIS SIERRA, and Defendant, XIANG FA INC. d/b/a HIBACHI BUFFET, by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice.  Each party shall bear his/its own attorneys' fees and costs except as otherwise stated in the parties' agreement.

AGREED and STIPULATED on this 29th day of March, 2017.

| | |
|---|---|
| **THE ADVOCACY GROUP** | **LAW OFFICE OF TONY PORNPRINYA** |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 333 Las Olas Way, CU3, Suite 311 | 1555 NE 123rd Street |
| Fort Lauderdale, FL 33301 | Miami, Florida 33161 |
| Telephone: (954) 282-1858 | Telephone: (305) 893-8989 |
| Facsimile: (844)786-3694 | Facsimile: (305) 891-7717 |
| Email: service@advocacypa.com | Email: tony@miamidadelaw.com |
| | Email: fiorella@miamidadelaw.com |
| | |
| __/s/ Jessica L. Kerr_____ | _/s/ Fiorella Del Aguila_____ |
| Jessica L. Kerr, Esq. | Fiorella Del Aguila, Esq. |
| Bar No. 92810 | Bar No. 0068592 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of March 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jessica L. Kerr*
Jessica L. Kerr, Esquire
Florida Bar No. 92810