UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:17-CV-60206-ROSENBERG/BRANNON

LUIS SIERRA,

    Plaintiff,

v.

XIANG FA INC. d/b/a HIBACHI BUFFET,

    Defendant.

_____/

**ORDER DISMISSING AND CLOSING CASE**

**THIS CAUSE** came before the Court upon the parties' Stipulation of Dismissal with Prejudice [DE 12]. In light of the parties' Stipulation, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs except as otherwise stated in the parties' agreement.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 30th day of March, 2017.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record